**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-8060**

DARRYL L. COOK,

            Plaintiff – Appellant,

        v.

UNITED STATES OF AMERICA; EUGENE K. CARLTON,

            Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Richard M. Gergel, District Judge.  (0:13-cv-02524-RMG-PJG)

Submitted:  April 7, 2014            Decided:  April 16, 2014

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl L. Cook, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl L. Cook appeals the district court's order dismissing this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cook v. United States, No. 0:13-cv-02524-RMG-PJG (D.S.C. Dec. 18, 2013). We deny the motion to place case in abeyance and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED